UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS SOUTHERN CALIFORNIA HEALTH AND WELFARE FUND et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHONY JAY ZUPPARDO et al., <br><br> Defendants. | Case No.  2:23-cv-02900-SB-MAR <br><br> ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION |

 Generally, plaintiffs must serve process on defendants within 90 days of the filing of the complaint.  *See* Fed. R. Civ. P. 4(m).  This matter was filed on April 18, 2023.  Dkt. No. 1.  More than 90 days have passed since the complaint in this case was filed, and Plaintiff has not filed a proof of service for any Defendant.  Plaintiff is ordered to show cause, in writing, no later than July 26, 2023, why this action should not be dismissed for lack of prosecution.

 The Court will consider as an appropriate response to this Order to Show Cause the filing of proof of service showing that Defendant was served within the 90-day period or a showing of good cause to extend the service period.  Failure to respond to the Order to Show Cause will be construed as consent to dismissal and will result in the dismissal of the action in its entirety without prejudice.

 IT IS SO ORDERED

Date: July 21, 2023

                    Stanley Blumenfeld, Jr.
                    United States District Judge